PETRIE, Appellant, vs. MILWAUKEE LIGHT, HEAT & TRACTION COMPANY, Respondent.

*January 8—January 28, 1908.*

*Marsh v. Milwaukee L., H. & T. Co., ante, p. 384, followed.*

APPEAL from a judgment of the circuit court for Waukesha county: JAMES J. DICK, Circuit Judge. *Reversed.*

The appeal is from a judgment rendered upon a verdict for the appellant upon an appeal to the circuit court from the award of commissioners in a condemnation proceeding.

For the appellant there was a brief by *Tullar & Lockney*, and oral argument by *D. S. Tullar* and *Henry Lockney*.

For the respondent there was a brief by *Ryan, Merton & Newbury*, attorneys, and *Clarke M. Rosecrantz*, of counsel, and oral argument by *T. E. Ryan*.

TIMLIN, J. This relates to a different award made in the same condemnation proceeding under consideration in *Marsh v. Milwaukee L., H. & T. Co., ante*, p. 384, 114 N. W. 804. The trial court charged the jury in this case as he did in the case last cited, and for this error the judgment must be reversed.

*By the Court.*—The judgment of the circuit court is reversed, and the cause remanded for a new trial.